**SO ORDERED.**
**SIGNED this 19th day of February, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

IN RE:

| | |
|---|---|
| MICHAEL C. RHODES | 3:18-bk-32908-SHB |
| DEBTOR | CHAPTER 7 |

---

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**AS TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION SERVICER FOR THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO BANK ONE, NATIONAL ASSOCIATION, AS TRUSTEE FOR CSFB MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-23 REGARDING REAL PROPERTY LOCATED AT 313 WOODED LN, KNOXVILLE, TENNESSEE 37922**

---

This cause came before the Court upon JPMorgan Chase Bank, N.A. servicer for The Bank of New York Mellon, fka The Bank of New York, As Successor-In-Interest to JPMorgan Chase Bank, N.A., successor by merger to Bank One, National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-23's Motion for Relief from the Automatic Stay. It appearing to the Court that there is no opposition thereto, it is the opinion of the Court that the Motion should be granted.

IT IS THEREFORE ORDERED that the Automatic Stay of 11 USC 362 (a) as to JPMorgan Chase Bank, N.A. servicer for The Bank of New York Mellon, fka The Bank of New York, As Successor-In-Interest to JPMorgan Chase Bank, N.A., successor by merger to Bank One, National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-23 is dissolved. Rule 4001(a)(3) is not applicable and JPMorgan Chase Bank, N.A. servicer for The Bank of New York Mellon, fka The Bank of New York, As Successor-In-Interest to JPMorgan Chase Bank, N.A., successor by merger to Bank One, National Association, as Trustee for CSFB Mortgage-Backed Pass-Through Certificates, Series 2003-23 may immediately enforce and implement this Order Granting Relief from the Automatic Stay and proceed with state remedies as to the property.

###

APPROVED FOR ENTRY:

*/s/Kyle H. Ochsenbein*
Kyle H. Ochsenbein, Attorney for Creditor, Bar # 032765
kochsenbein@logs.com |704-472-2686
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Bonnie Culp
bculp@logs.com | 704-249-0065
Electronic Service Notifications: tnecf@logs.com