

**SO ORDERED.**
**SIGNED this 27th day of February, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:    RHODES, MICHAEL C.

        DEBTOR(S)        CASE NO. 3:18-bk-32908-SHB
                                    CHAPTER 7

ORDER ON TRUSTEE'S OBJECTION TO DEBTOR'S
CLAIM OF EXEMPTION UNDER T.C.A. §26-2-103

    On the Objection to Property Claimed as Exempt filed by the Trustee that the Debtor is not entitled to claim an exemption under TCA §26-2-103 in excess of $10,000.00, it is

    ORDERED that the Trustee's Objection to the Debtor's claim of exemption in personal property to the extent that it exceeds $10,000.00 is sustained.

###

APPROVED FOR ENTRY:

s/ Ann Mostoller
_____
Ann Mostoller, #001146
Attorney for Trustee
Mostoller, Stulberg, Whitfield & Allen
136 South Illinois Avenue, Suite 104
Oak Ridge, TN 37830
(865) 482-4466
bdavis@msw-law.com